# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2019

157857

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JOSHUA ZACKS,
        Plaintiff,

v

JEFF ZACKS, d/b/a UNLIMITED
INSTALLATIONS SERVICES,
        Defendant-Appellant,
and

1101 WASHINGTON, LLC,
        Defendant/
        Cross-Plaintiff-Appellee,
and

TOTAL OUTDOOR CORPORATION,
        Defendant/
        Cross-Defendant-Appellee.

SC: 157857
COA: 342295
Wayne CC: 16-000653-NI

_____/

On order of the Court, the application for leave to appeal the April 20, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2019



Clerk

t0418